Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000047
31-MAY-2011
01:24 PM

NO. CAAP-11-0000047

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN THE ESTATE OF RANDOLPH STEVEN MOUSSER,
also known as RANDOLPH S. MOUSSER,
also known as RANDOLPH MOUSSER

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(PROBATE NO. 09-1-0309)

ORDER DISMISSING APPEAL NO. CAAP-11-0000047
(By: Nakamura, C.J., Leonard and Ginoza, JJ.)

Upon review of the record, it appears that: (1) on January 24, 2011, a party filed a document entitled Petitioner-Appellant Request for Extension on Reply Brief; (2) the caption on the document shows that it should have been filed in Appeal No. 30647, but the filing party, by mistake, initiated a new appeal - CAAP-11-0000047; and (3) apart from the document filed on January 24, 2011, no other documents have been filed in CAAP-11-0000047.

Therefore, IT IS HEREBY ORDERED that:

1.   The appellate clerk shall file Petitioner-Appellant Request for Extension on Reply Brief in the correct appeal.

2.   CAAP-11-0000047 is dismissed and the appellate clerk shall close CAAP-11-0000047.

DATED: Honolulu, Hawai'i,   May 31, 2011.


Chief Judge


Associate Judge


Associate Judge